IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JORGE VELA, on his own behalf and on behalf of those similarly situated,
    Plaintiff,

v.

INCGSGI INC., a Florida Profit Corporation, and DANIEL K. COSTOULAS, individually.
    Defendant.
_____/

Case No.:  2:21-CV-00059-JLB-NPM

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, JORGE VELA and Defendants, INCGSGI INC. and DANIEL K. COSTOULAS, by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated this \_\_\_14th\_\_\_\_\_ day of July, 2022.

| | |
|---|---|
| s/ Edward W. Wimp | /S/ \_Andrew Walker_____ |
| Edward W. Wimp, Esquire – LEAD COUNSEL | Andrew Walker, Esq. |
| FBN: 1015586 | Florida Bar Number: 125594 |
| Email: ewimp@theleachfirm.com | Primary E-mail: EService@MikeFinkLaw.net |
| | Secondary E-mail: AWalker@MikeFinkLaw.net |
| Anthony Hall, Esquire | MIKE FINK LAW FIRM, P. A. |
| FBN: 0040924 | 1500 Royal Palm Square Blvd. |
| Email: ahall@theleachfirm.com | Unit 101 |

| | |
|---|---|
| THE LEACH FIRM, P.A.<br>631 S. Orlando Ave., Suite 300<br>Winter Park, FL 32789<br>Telephone: (407) 574-4999<br>Facsimile: (833) 813-7513 | Fort Myers, Florida 33919<br>Phone: (239) 939-1906 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  __14th__  day of July, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CMECF system which will send a notice to opposing counsel.

s/ Edward W. Wimp
Edward W. Wimp, Esquire
